**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:15CR404 HEA/NAB |
| CHARLES THOMPSON (28), | ) |
| Defendant. | ) |

**ORDER REGARDING PRETRIAL MOTION STATUS AND TRIAL SETTING**

The above matter is referred to the undersigned pursuant to 28 U.S.C. § 636(b). On December 19, 2016, the undersigned deemed this matter a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii). [Doc. #765.] Defendant was arraigned on January 2, 2019 as to the Fifth Superseding Indictment and entered a plea of not guilty. On April 30, 2019, and in compliance with this Court's Order Concerning Pretrial Motions, Defendant filed a Notice indicating that no pretrial motions will be filed. [Doc. #2227.] As such, no report and recommendation will be forthcoming.

Finally, the trial of this matter will be set at a later date by the Honorable Henry E. Autrey, United States District Judge. Defendant may request a plea hearing with Judge Autrey prior to the forthcoming trial date.

_____
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 2nd day of May, 2019.